UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DETELIN DRAGANOV, | ) |
| | ) CASE NO. C14-0312-JCC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| WASHINGTON STATE BAR ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this civil matter. (Dkt. 4.) However, his application reveals that he earns $1,200 a month in salary and has $1,000 in his checking account. As such, plaintiff does not financially qualify for IFP status. The Court, therefore, recommends the IFP application be DENIED. This action should proceed only if plaintiff pays the $400 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

DATED this 19th day of March, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -1