THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DETELIN DRAGANOV,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE BAR ASSOCIATION,<br><br>  Defendant. | CASE NO. C14-0312-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge. (Dkt. No. 5.) No objections have been filed. Having thoroughly considered the proposed complaint, the Report and Recommendation, and the balance of the record, the Court hereby ORDERS:

(1) The Court ADOPTS the Report and Recommendation in full;

(2) Plaintiff's IFP application is DENIED based on his monthly salary and the amount of funds in his checking account. Plaintiff is directed to pay the full filing fee of $400 within thirty days of the date of this Order. If the filing fee is not paid, this case will be dismissed.

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty days of the date of this Order, the Clerk is directed to close the file;

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable

1     Mary Alice Theiler.

2   DATED this 9th day of April 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE